**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ramiro RODRIGUEZ, Jr.,**
**Defendant–Appellant.**

**No. 13–50198**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

April 15, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Fred C. Brigman, III, Law Offices of Fred C. Brigman, III, San Angelo, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: [*]

The attorney appointed to represent Ramiro Rodriguez, Jr., has moved for leave

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rodriguez has filed a response.

The record is insufficiently developed to allow consideration at this time of Rodriguez's claims of ineffective assistance of counsel; such claims ordinarily "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rodriguez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Rodriguez's motion for the appointment of new counsel is DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.